**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DAVID RAY EVANS,**
**ADC #109126**                                                                                              **PLAINTIFF**

**V.**                              **CASE NO. 4:20-CV-757-BRW-BD**

**RICK COOPER,** *et al*.                                                                              **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I**.   **Procedure for Filing Objections:**

This Recommendation for dismissal has been sent to Judge Billy Roy Wilson. Mr. Evans may file objections if he disagrees with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection. To be considered, objections must be filed within 14 days.

If no objections are filed, Judge Wilson can adopt this Recommendation without independently reviewing the record. By not objecting, Mr. Evans may waive the right to appeal questions of fact.

**II.**   **Discussion:**

David Ray Evans, an Arkansas Division of Correction inmate, filed this civil rights lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Doc. No. 1) Because of his litigation history, Mr. Evans is not eligible for *in forma pauperis* (IFP) status absent allegations that he is in imminent danger of serious bodily injury.[1] Mr. Evans did

---

[1] The following dismissals constitute "strikes" against Mr. Evans for purposes of determining eligibility for IFP status: *Evans v. Miller*, E.D. Ark. Case No. 1:98cv08-

not plead facts indicating imminent danger; thus, on June 23, 2020, the Court ordered him to pay the $400 filing fee within 30 days. (Doc. No. 2) To date, Mr. Evans has not paid the statutory filing fee, and the time for doing so has passed.

### III.   Conclusion:

The Court recommends that Mr. Evans's claims be DISMISSED, without prejudice, based on his failure to comply with the June 23 Order requiring him to pay the filing fee.

DATED this 3rd day of August, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

---

GTE; *Evans v. Arkansas Supreme Court, et al.*, E.D. Ark. Case No. 4:98cv74-JMM; and *Evans v. Carroll*, E.D. Ark. Case No. 5:99cv259-SWW.