# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DAVID RAY EVANS,**
**ADC #109126**                                                                                               **PLAINTIFF**

**V.**                              **CASE NO. 4:20-CV-757-BRW-BD**

**RICK COOPER,** *et al.*                                                                                     **DEFENDANTS**

## ORDER

I have received a Recommendation for dismissal filed by Magistrate Judge Beth Deere and objections filed by Mr. Evans. After a *de novo* review or the record, I approve and adopt the Recommendation in its entirety.

Mr. Evans's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's June 23, 2020 Order requiring him to pay the filing fee.

IT IS SO ORDERED this 18th day of August, 2020.

          Billy Roy Wilson
          UNITED STATES DISTRICT JUDGE