# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DAVID RAY EVANS,**
**ADC #109126**                                                 **PLAINTIFF**

**V.**         **CASE NO. 4:20-CV-757-BRW-BD**

**RICK COOPER,** *et al.*                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 18th day of August, 2020.

                                               <u>Billy Roy Wilson</u>
                                               UNITED STATES DISTRICT JUDGE